[No. 13737-2-II.   Division Two.   August 15, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW
SCHULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for
Pierce County, No. 209056R050, Frederick B. Hayes, J.,
entered March 22, 1990. *Affirmed* by unpublished opinion
per Ringold, J. Pro Tem., concurred in by Thompson and
Wieland, JJ. Pro Tem.

[No. 10422-2-III.   Division Three.   August 15, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMON
LOPEZ CHAPPLE, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 89-1-00596-5, Kathleen M. O'Con-
nor, J., entered November 17, 1989. *Affirmed* by unpub-
lished opinion per Thompson, J., concurred in by Green,
C.J., and Munson, J.

[No. 25583-5-I.   Division One.   August 19, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
SAMUEL STRAYER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-00180-9, Robert E. Dixon, J., entered
January 18, 1990. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Scholfield and Agid, JJ.